OPINION — AG — A MEMBER OF THE COUNTY BOARD OF HEALTH APPOINTED UNDER THE OKLAHOMA PUBLIC HEALTH CODE IS A PUBLIC OFFICER. YOU ARE FURTHER ADVISED THAT A COUNTY SUPERINTENDENT OF SCHOOLS CANNOT ACCEPT APPOINTMENT AS A MEMBER OF THE COUNTY BOARD OF HEALTH WITHOUT VACATING HIS OFFICE AS A COUNTY SUPERINTENDENT. (DUAL OFFICE HOLDING) CITE: 51 O.S. 1961 6 [51-6], ARTICLE X, SECTION 9(A) (W. J. MONROE)